UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>ATLAS CONCRETE CUTTING LLC,<br><br>　　　　Respondent. | Civil Action No. 06-5489 (KSH)<br><br>**ORDER** |

　　This matter having come before the Court for a telephone conference on the record on November 9, 2007; and the plaintiff representing that representatives of the defendant had been on the phone but plaintiff was unable to reconnect them to the call; and plaintiff representing that the parties have reached a resolution of this case and that the plaintiff would submit an order to the Honorable Katharine S. Hayden; and the Court, therefore, determining that the motion to enforce litigant's rights is moot; and for the reasons set forth on the record on November 9, 2007; and for good cause shown,

　　IT IS ON THIS 9th day of November 2007

　　ORDERED that the motion to enforce litigant's rights [Docket No. 5] is moot;

　　IT IS FURTHER ORDERED that, no later than **November 19, 2007**, the plaintiff shall submit a consent order memorializing its agreement with the defendant; and

　　IT IS FURTHER ORDERED that the plaintiff shall provide the defendant with a copy of this Order via regular mail and certified mail/return receipt requested.

　　　　　　　　　　　　　　　　　　　　s/Patty Shwartz
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**