UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF,<br><br>Petitioners,<br><br>v.<br><br>ATLAS CONCRETE CUTTING LLC,<br><br>Respondent. | Civil Action No. 06-5489 (KSH)<br><br>**ORDER ON INFORMAL APPLICATION** |

This matter having come before the Court by way of letter dated January 3, 2008, advising the Court that the defendant failed to comply with certain conditions that lead to the entry of the Order dated November 7, 2007;

and the Court having requested that the plaintiff arrange a telephone conference with the defendant to discuss the matter;

and the plaintiff advising the Court that the defendant has not returned any of the telephone messages left to arrange for the telephone conference;

and the Court therefore determining that a hearing concerning this matter is warranted;

IT IS THEREFORE ON THIS 7th day of January, 2008

ORDERED that there shall be an in-person hearing before the Undersigned in Courtroom 10, U.S. Post Office & Courthouse, Federal Square, Newark, New Jersey, on **January 15, 2008 at noon**, to address the defendant's alleged noncompliance with the conditions that lead to the entry of the Order dated November 7, 2007 and to address whether or not the defendants should be ordered to provide the information sought in the motion to enforce litigant rights;

IT IS FURTHER ORDERED that if the defendant fails to appear at the hearing, then the

absence will be construed as a lack of opposition to the entry of the order to enforce litigant rights that was submitted on October 1, 2007; and

    IT IS FURTHER ORDERED that the plaintiff shall serve a copy of this Order upon the defendants by regular mail and certified mail/return receipt requested and/or overnight mail that requires a signature of the recipient.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**